**94-1528.** Colaluca v. Climaco, Climaco, Seminatore, Lefkowitz & Garafoli Co., L.P.A. Certified Question of State Law, No. 191CV2506. On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer Question 1, noting specific postulates a, b, and c. (See Memorandum

In Re Motion to Certify Questions of Law, filed July 14, 1994.) The court declines to answer Question 2.

MOYER, C.J., A.W. SWEENEY, WRIGHT and RESNICK, JJ., concur.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., would answer both questions.